UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:     LON MARTIN GOBLE          CHAPTER 13

                                      15-70422
DEBTOR(S)               CASE NO. 15-0422

AMENDMENT TO DEBTOR'S PLAN

Comes the Debtor, Lon Martin Goble, by Counsel, and makes application for leave to make amendments to his Chapter 13 Plan as follows:

**II. SECURED CLAIMS.**

**E. Avoidance of Liens under 11 U.S.C. §-522(f).** The Debtor will file a separate motion pursuant to Local Rule 4003-2 to avoid the liens of the following creditors under 11 U.S.C. §-522(f). Except to the extent the plan provides otherwise, the allowed claims of such creditors shall be treated as general unsecured claims.

| Secured Creditor | Collateral Description |
|---|---|
| **Lendmark** | **TV, and Misc. exempt household items** |

/s/ Franklen K. Belhasen II
Franklen K. Belhasen II
Attorney at Law
BELHASEN LAW OFFICES
814 S. Mayo Trail
Paintsville, Kentucky 41240
606-789-9925

DEBTORS:

/s/ Lon Martin Goble

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing has been mailed to Hon. Beverly Burden, Chapter 13 Trustee and all creditors on this the 14th day of August, 2015.

/s/ Franklen K. Belhasen II
Franklen K. Belhasen II